**Wingate M. WHITE, Warden Louisiana State Penitentiary, Angola, Louisiana, et al.**

**No. 48996.**

Dec. 13, 1967.

Writs refused. There appears no error of law in the ruling complained of.

204 So.2d 580

**Patrick G. MARTONE**

**v.**

**Cecyl MORGAN et al.**

**No. 49011.**

Dec. 20, 1967.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.